| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 29, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:39 - 10:55 |

√ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr147-WKW   **DEFENDANT NAME:** Louis Hernandez-Arellano
**AUSA:** Terry Moorer   **DEFENDANT ATTORNEY:** Paul Cooper

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( √ )YES   Name: Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing CJA Panel Attorney. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
  ☐ **Guilty as to:**
    ☐ Count(s):
    ☐ Count(s):      ☐ dismissed on oral motion of USA
              ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:   **10/16/06**     √ WAIVER OF SPEEDY TRIAL filed.
    **DISCOVERY DISCLOSURE DATE: June 30, 2006**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel
**Counsel to file motion for hearing if defendant is released from State custody.**