IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr147-WKW |
| ) | |
| LOUIS HERNANDEZ-ARELLANO ) | |

## **ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 50), filed July 10, 2006, and for good cause, it is

ORDERED that the motion is set for hearing at 10:00 a.m. on August 29, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing. The Clerk of the Court is directed to have an interpreter available for this hearing.

DONE, this 12th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE