**COURTROOM DEPUTY'S MINUTES**          **DATE:** July 17, 2006

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording:** 3:18 - 3:26

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr147-WKW**          **DEFENDANT(S)** Ricardo Cajero, Louis Hernandez-Arellano, Taramesha Fountain

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * | Valerie Smedley (Cajero) |
| | * | Paul Cooper (No Appearance) (Hernandez-Arellano) |
| | * | Dan Hamm (Fountain) |

❒ **DISCOVERY STATUS:**
   Complete

❒ **PENDING MOTION STATUS:**
   #50 - defendant Hernandez-Arellano's motion to suppress - hearing set 8/29/06
   #29 - Government's motion for detention hearing as to defendants Cajero & Hernandez-Arellano
   Government to check on detention status and advise the court

❒ **PLEA STATUS:**
   Possible plea - Cajero
   Trial at this point - Fountain
   Plea notice to be filed on or before noon October 4, 2006

❒ **TRIAL STATUS**
   Trial time - 3-4 days

❒ **REMARKS:**
   Paul Cooper did not appear on behalf of defendant Louis Hernandez-Arellano - court was not advised why prior to pretrial conference