IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| LOUIS HERNANDEZ-ARELLANO | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Louis Hernandez-Arellano into the custody of Neill Thompson, DEA, and/or Scott Edwards, Montgomery Police Department, from July 19, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Neill Thompson/Scott Edwards to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 18th day of July, 2006.

>Respectfully submitted,
>
>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/Terry F. Moorer
>TERRY F. MOORER
>One Court Square, Suite 201
>Montgomery, Alabama 36104
>Phone: (334) 223-7280
>FAX: (334) 223-7135
>E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr147-WKW |
| | ) |
| LOUIS HERNANDEZ-ARELLANO | ) |

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul R. Cooper, Esq.

Respectfully submitted,

/s/Terry F. Moorer
TERRY F. MOORER
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov