IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| LOUIS HERNANDEZ-ARELLANO | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner, filed on July 18, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Louis Hernandez-Arellano to Neill Thompson/Scott Edwards, from July 19, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Neill Thompson/Scott Edwards shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE