IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr147-WKW |
| | ) | |
| RICARDO CAJERO | ) | |
| LOUIS HERNANDEZ-ARELLANO | ) | |
| TARAMESHA FOUNTAIN | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on July 17, 2006 before the undersigned Magistrate Judge. Present at this conference were Valerie Smedley, counsel for the defendant Ricardo Cajero; Dan Hamm, counsel for defendant Taramesha Fountain; and Assistant United States Attorney Terry Moorer, counsel for the government. Paul Cooper, counsel for defendant Louis Hernandez-Arellano, was not present at the conference. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for October 16, 2006. The trial of this case is set during the trial term commencing on October 16, 2006 before United States District Judge William Keith Watkins and is expected to last 3-4 days.

2. The following motions are pending: defendant Louis Hernandez-Arellano's motion to suppress and government's motion for detention hearing and to defendants Ricardo Cajero and Louis Hernandez-

      Arellano.

3. Proposed voir dire questions shall be filed on or before October 10, 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before October 10, 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before October 10, 2006.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or © unless notice is filed on or before noon on October 4, 2006 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on October 16, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on October 16, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

7.  This case is set for a second pretrial conference on September 25, 2006 at 3:00 p.m. in Courtroom 5B.

DONE, this 19th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE