MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE                AT MONTGOMERY, ALABAMA

DATE COMMENCED:   August 29, 2006           10:00
DATE COMPLETED:   August 29, 2006           10:55

UNITED STATES OF AMERICA            *
vs                                  *            2:06cr147-WKW
LOUIS HERNANDEZ-ARELLANO            *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | * | Paul Cooper |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy              Mitchell Reisner, Court Reporter
Beverly Childress, Interpreter

PROCEEDINGS:

HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC. #50)

| Time | Event |
|---|---|
| 10:00 a.m. | Court convenes |
| | Interpreter sworn |
| 10:01 a.m. | Government's direct examination (Thompson) |
| 10:06 a.m. | Court's questions to witness (Thompson) |
| 10:07 a.m. | Government's direct examination continues. (Thompson) |
| 10:17 a.m. | Court's questions to witness (Thompson) |
| 10:18 a.m. | Defendant's cross examination (Thompson) |
| 10:22 a.m. | Court's questions to witness (Thompson) |
| 10:24 a.m. | Parties arguments regarding search of house. |
| 10:25 a.m. | Defendant's cross examination continues (Thompson) |
| 10:38 a.m. | Court's questions to witness (Thompson) |
| 10:39 a.m. | Defendant's cross examination continues (Thompson) |
| 10:41 a.m. | Government's re-direct examination (Thompson) |
| 10:42 a.m. | Government's direct examination (Sutley) |
| 10:51 a.m. | Court's questions to witness (Sutley) |
| | Defendant's cross examination (Sutley) |
| 10:54 a.m. | Government's re-direct examination (Sutley) |
| 10:55 a.m. | Government rests |
| | Defendant rests |
| | Court recessed |