IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:06cr147-WKW |
| | * | |
| LOUIS HERNANDEZ-ARELLANO | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Thomas Neal Thompson

2. Andy Sutley