IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr147-WKW |
| ) | |
| LOUIS HERNANDEZ-ARELLANO ) | |

**ORDER**

Defendant's attorney, Paul Cooper, was not present for the pretrial conference set in this matter for September 25, 2006.[1]  Accordingly, and for good cause, it is

ORDERED that a pretrial conference is scheduled for October 2, 2006 at 4:30 p.m. in courtroom 5-B.  Defendant has previously indicated to the court that there may be a guilty plea in this matter.  If the notice of intent to plead guilty is filed prior to the pretrial conference setting, the pretrial conference will not go forward.

DONE, this 27th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The court was informed after the hearing that Cooper was in trial on another matter, although Cooper did not himself telephone the chambers of the undersigned to say so, or otherwise provide notice of the conflict.  This is the second pretrial conference which Cooper has missed in this case.  The first pretrial conference had to be reset because of Cooper's absence.