| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 2, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 4:39 - 4:52 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr147-WKW | **DEFENDANT(S)** Louis Hernandez-Arellano |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Terry Moorer | * | Paul Cooper |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   Complete

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Counsel to discuss settlement of this case after conference is concluded
   Notice of intent to change plea to be filed on or before noon on 10/4/06

❏ **TRIAL STATUS**
   Trial time 2 - 3days

❏ **REMARKS:**
   Mr. Cooper's statements to the court as to why he was not present at the pretrial conference held in this case on 9/25/06.
   Mr. Moorer's statements to the court as to why he was late for today's pretrial conference.