IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CR.2:06-cr147-WKW |
| | * | |
| LUIS HERNANDO-ARELLANO,  DEFENDANT. | * | |

## REQUEST FOR EXTRAORDINARY EXPENSES

Comes now the Defendant by and through Paul R. Cooper, appointed counsel, and moves this court for extraordinary expenses pursuant to the CRIMINAL JUSTICE ACT, 18 U.S.C. §3006A(e). As grounds, he states as follows:

1. Defendant is one of several Defendants charged in multiple count indictment alleging violation of federal drug laws.

2. Defendant is from Mexico and speaks only Spanish.

3. A Spanish interpreter is needed to interview the Defendant.

4. The attorney, the interpreter Beverly M. Childress, and defendant will meet on October 4, 2006 to discuss matters.

Wherefore, these premises considered, Defendant requests:

(1) extraordinary expenses for a Spanish interpreter, and

(2) that Beverly M. Childress be appointed.

>S/Paul R. Cooper
>Paul R. Cooper
>COOPER & COOPER
>12 Scott Street
>Montgomery, AL 36104
>Phone: (334)262-4887
>Fax:  (334)262-4880
>E-mail: prc@cooperandcooperlaw.com
>ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Terry Moorer, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants:none.

>Respectfully Submitted,
>
>S/Paul R. Cooper
>Paul R. Cooper
>COOPER & COOPER
>12 Scott Street
>Montgomery, AL 36104
>Phone: (334)262-4887
>Fax:  (334)262-4880
>E-mail: prc@cooperandcooperlaw.com
>ASB-1152-R78P