IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,         *
    PLAINTIFF,                    *
                                  *
vs.                               *    CASE NO. 2:06cr147-MEF
                                  *
LUIS HERNANDEZ-ARELLANO,          *
    DEFENDANT.                    *

### NOTICE OF INTENT TO FILE PLEA

COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and hereby gives notice of intent to file a plea of guilty.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

### CERTIFICATE OF SERVICE

I hereby certify that on the 4, Oct 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Terry Moorer, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed

by United States Postal Service the documentation to the following non-CM/ECF participants: none.

                                  Respectfully Submitted,

                                  S/Paul R. Cooper
                                  Paul R. Cooper
                                  COOPER & COOPER
                                  12 Scott Street
                                  Montgomery, AL 36104
                                  Phone: (334)262-4887
                                  Fax:   (334)262-4880
                                  E-mail: prc@cooperandcooperlaw.com
                                  ASB-1152-R78P