| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 4, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:30 - 2:45 | |
| | COURT REPORTER: Risa Entrekin | |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr147-WKW   **DEFENDANT NAME:** Louis Hernandez-Arellano
**AUSA:** Terry Moorer   **DEFENDANT ATTORNEY:** Paul Cooper

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( √ )YES   Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):**   1 of the Indictment
      √ **Count(s):**   2 & 4      ☐ dismissed on oral motion of USA
                      √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.
☐ **CRIMINAL TERM:**      ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel