IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:06cr147-WKW |
| | ) |
| LUIS HERNANDO-ARELLANO | ) |

## ORDER ON MOTION

Upon consideration of defendant's ex parte application for interpreter services, filed October 3, 2006 and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED pursuant to 18 U.S.C. § 3006A(e)(1). Compensation to be paid to an interpreter for services rendered shall not exceed the maximum designated by statute, exclusive of reimbursement for expenses reasonably incurred. Id. at § 3006A(e)(3).[1]

DONE, this 4th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain interpreter services necessary for adequate representation without prior authorization up to $500 and expenses reasonably incurred, subject to later review. Id. at §3006A(e)(2)(A).