IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CASE NO. 2:06-cr-147-WKW
                                  )                  (WO)
LOUIS HERNANDEZ-ARELLANO          )

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge

entered herein on September 15, 2006, it is the ORDER, JUDGMENT and DECREE of the

court that:

(1)    The Recommendation (Doc. # 74) is ADOPTED;

(2)    The defendant's Motion to Suppress (Doc. # 50) is DENIED.

DONE this 5th day of October, 2006.


_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE