```
                IN THE UNITED STATES DISTRICT COURT OF
                      MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
     PLAINTIFF,                  *
                                 *
vs.                              *      CASE NO. 2:07cr31-WHA
                                 *
LUIS HERNANDEZ-ARELLANO,         *
     DEFENDANT.                  *
```

**MOTION TO COMBINE CASES**

     COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and moves to combine cases and assign them to the same judge. As grounds, he states as follows:

     1. Defendant has already pled guilty in another case to a conspiracy to distribute controlled substances pursuant to 21 U.S.C. §§ 841(a)(1) and 846. It arises out of an event and arrest on May 6, 2006. He is set for sentencing on March 20, 2007 before District Judge William Keith Watkins in Case No. 2:06cr147-WKW.

     2. Defendant has been indicted in this case for "Reentry of a removed alien" under 8 U.S.C. §1326. It also arises out of his initial arrest in Case No. 2:06cr147-WKW on May 6, 2006.

     3. In this case, He was arraigned on February 28, 2007. His trial is set for April 23, 2007 term before this Court.

     4. There is a strong probability that Defendant will enter into a plea bargain and plead guilty.

     5. Defendant requests that the two cases be assigned to the same District Judge and that he be sentenced on the same day. It will eliminate duplication of effort, economize judicial resources, and help the United States Probation Office, and benefit the Defendant. There will be no undue prejudice to the Government to combine these cases before the same District Judge for purposes of one sentence.

     Wherefore, these premises considered, Defendant requests that the two cases, U.S. v. Luis Hernandez-Arellano, Case No. 2:06cr-147-WKW and U.S. v. Luis Hernandez-Arellano, Case No. 2:07cr31-WHA be assigned to the same District Judge, that one Presentence Report

be done on Defendant, and that the Defendant be sentenced at the same time.

                                       S/Paul R. Cooper
                                       Paul R. Cooper
                                       COOPER & COOPER
                                       12 Scott Street
                                       Montgomery, AL 36104
                                       Phone: (334)262-4887
                                       Fax: (334)262-4880
                                       E-mail: prc@cooperandcooperlaw.com
                                       ASB-1152-R78P

## CERTIFICATE OF SERVICE

I hereby certify that on the February 28, 2007 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

                                       Respectfully Submitted,

                                       S/Paul R. Cooper
                                       Paul R. Cooper
                                       COOPER & COOPER
                                       12 Scott Street
                                       Montgomery, AL 36104
                                       Phone: (334)262-4887
                                       Fax: (334)262-4880
                                       E-mail: prc@cooperandcooperlaw.com
                                       ASB-1152-R78P