IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| LOUIS HERNANDEZ-ARELLANO | ) | |

## MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES (ACCEPTANCE OF RESPONSIBILITY)

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G § 3E1.1(b) as he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G § 3E1.1(b), the United States respectfully moves this Court to reduce the defendant's offense level by one level. Combined with the two-level reduction applied to the defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to his offense level for his acceptance of responsibility.

Respectfully submitted this the 19th day of March, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: clark.morris@usdoj.gov
        ASB 1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr147-WKW |
| ) | |
| LOUIS HERNANDEZ-ARELLANO ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul R. Cooper.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB 1613-N77A