IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-147-WKW |
| | ) | |
| LUIS HERNANDEZ-ARELLANO | ) | |

**<u>ORDER</u>**

Before the court is Luis Hernandez-Arellano's Motion to Combine Cases (Doc. # 132).

Upon due consideration, it is ORDERED that the motion be DENIED.

DONE this 20th day of March, 2007.

                                              /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE